STATE v. LAY

No. 287P82.

Case below: 56 N.C. App. 796.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 July 1982.

STATE v. LITTLE

No. 290A82.

Case below: 56 N.C. App. 765.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 July 1982.

STATE v. LOVE

No. 283P82.

Case below: 56 N.C. App. 814.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 July 1982.

STATE v. LUCAS

No. 428P82.

Case below: 56 N.C. App. 815.

Petition by defendant for discretionary review under G.S. 7A-31 denied 26 July 1982.

STATE v. MOORE

No. 184P82.

Case below: 56 N.C. App. 258.

Petition by defendant for discretionary review under G.S. 7A-31 denied 13 July 1982. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 13 July 1982.